IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT** | ) ) ) ) ) ) ) |

Case No. 4:21-MJ-513

**FILED UNDER SEAL**

I, David L. Allen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since 2005.

2. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives' National Academy. My duties as a Special Agent consist of investigating criminal violations of federal alcohol, tobacco, firearm, arson and explosives laws. Additionally, I have received advanced training and experience in fire investigation and am an ATF Certified Fire Investigator. During the course of my employment, I have written and participated in multiple search warrants which resulted in felony arrests, criminal complaints and the seizure of evidence.

3. I know from my previous training and experience that pursuant to Title 18, United States Code, Section 844(i), it is unlawful to damage by means of fire any building used in interstate commerce or in any activity affecting interstate commerce.

4. Based upon the facts set forth in this affidavit, there is probable cause to believe that Jermaine Steven DAYE committed a violation of Title 18, United States Code, Section 844(i) on July 15, 2021, in Polk County, Southern District of Iowa.



FILED
By: Clerk's Office, Southern District of Iowa
3:17 pm, Jul 30 2021

5. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or detail observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the investigation.

## PROBABLE CAUSE

6. On July 15, 2021, at approximately 5:43 p.m., the Des Moines, Iowa Fire Department (DMFD) received a report of a fire at Cornerstone Apartments, 2525 Clarkson Avenue in Des Moines, Iowa. Firefighters responded and encountered a fire at the door to Apartment 24, in the hallway of the second story, in a multi-family residential apartment building at that address. DMFD requested fire investigators respond to the scene. Des Moines Police Department (DMPD) Detective Darren Bjurstrom, DMFD Captain Chris Clement and I responded to examine the scene and initiate an investigation as to the origin and cause of the fire. Upon arrival on scene, it was noted that there were soot deposits in the common hallway of the second floor of the building that divided the structure with stairways at each end of the three story structure. The fire damaged the lower part of the door to Apartment 24 on the second floor and the nearby areas, including the threshold and the door frame. Apartment 24 appeared to have been vacant at the time of the fire and the inside showed smoke staining and fire effects in the areas near the entry door.

7. Captain Clement collected a sample of the fire debris near the bottom of the door and submitted it to the Iowa State Crime Laboratory for analysis, which remains pending. While collecting the sample, Captain Clement smelled the odor of gasoline coming from the debris.

8. I contacted the property managers for Cornerstone Apartments and reviewed surveillance video footage they had of the area around the time of this fire. The footage showed a bald, black male walking towards 3800 Martin Luther King Junior Parkway, a short distance from the fire scene, at 5:27 p.m. on July 15, 2021. The man was carrying a plastic jug with a yellow-colored liquid inside. At 5:38 p.m., the same man is seen walking east towards 2525 Clarkson Avenue from the area of 3800 Martin Luther King Junior Parkway and carrying the jug of liquid. The man's face was visible in the daylight footage as well as the red, white and blue label of the clear plastic jug with the yellow-colored liquid. The man was wearing a green shirt that read "FILA", black shorts, and black and white athletic shoes. The white soles of the shoes had a distinct pattern and shape. This same man was seen returning from the area of 2525 Clarkson Avenue at 5:41 p.m. carrying the jug. While walking through the parking area of 2519 Clarkson Avenue, the man threw the jug into a large trash dumpster. The first-arriving DMFD apparatus is seen arriving at 5:46 p.m. in the video.

9. The property managers for Cornerstone Apartments advised the property at 2525 and 2519 Clarkson Avenue is owned and managed by Cornerstone Apartments LLC which is located in Minneapolis, Minnesota. The building at 2525 Clarkson Avenue is divided into individual living units which are rented by tenants.

10. On July 23, 2021, the property managers advised that the dumpster at 2519 Clarkson Avenue had not been emptied since the time of the fire and allowed investigators to search it. Investigators went through the contents of the dumpster and found a one-gallon, plastic water jug with the cap on. The jug was made of clear plastic and it had a label around the middle with red, white and blue graphics. The jug was approximately half full of a yellow liquid that had

the odor of gasoline. Investigators collected the jug and took a sample of the liquid for laboratory analysis, which remains pending.

11. On July 23, 2021, I interviewed J.H. who resides at 2525 Clarkson, Apartment 25, which is across the shared hallway from Apartment 24. J.H. advised she was outside her apartment building approximately thirty minutes before the fire and saw a bald, black male, approximately five-foot, six-inches tall, wearing a green shirt with "FUBU" on it, black shorts, and black gym shoes with white stripes. This man was slapping himself in the head and other parts of his body. E.D., who lives in the adjacent apartment building, told J.H. that the man was "Pickle" and warned her to stay away from him. After this, J.H. was in her apartment with her sister, who has mobility and health issues, and heard a smoke alarm. J.H. then saw "Pickle" walking along the backside of her apartment building. J.H. again heard a smoke alarm, and then a smoke alarm in her apartment began sounding. Hoping to catch whoever had caused the alarm to sound, J.H. opened her door to the hallway and saw flames coming up from the floor. J.H. then closed the door and went to the back of her apartment. J.H. took off a window screen as she thought she might have to go out the second story window as she and her sister could not have exited via the hallway due to the fire.

12. I showed J.H. a still image from a screen capture of the surveillance footage provided by the apartment complex management. J.H. identified the individual in the video (described above) as the man she saw outside her building prior to the fire and identified as "Pickle".

13. I have listened to the recording of the 911 call made by J.H. to report the fire. In the call, J.H. tells the 911 operator that someone set a fire in the hallway of the building and that she cannot get out. J.H. also stated, "I'm trying to get out the window." When asked what was

burning, J.H. related she did not know but that it was "blazing". Throughout the call, I could hear a smoke alarm sounding in the background.

14. D.A., a resident of Cornerstone Apartments, advised she learned of the fire from a telephone call from J.H. Two days before the fire, D.A. saw a black man, five feet, seven inches tall, approximately thirty to thirty-five years old, in the third-floor hallway of 2525 Clarkson. The man was knocking on an apartment door and D.A. told the man the unit was vacant. The man told D.A. he was looking for a black girl. In the morning of the day of the fire, D.A. saw a man wearing black shorts and a green shirt that read "FILA" walking around near 2525 Clarkson. D.A. believed this was the same man she had earlier encountered on the third floor.

15. D.A. also advised that a man with the same first name as E.D. had told D.A. that he saw a man walk into 2525 Clarkson with paper or something else before the fire and that Anthony, a security guard for the property, had a photograph of the man believed to have set the fire.

16. E.D., a resident at the Cornerstone Apartments, informed Detective Bjurstrom that he saw a black male, approximately five feet and seven inches tall, whom E.D. knew as "Pickle", go into 2525 Clarkson Avenue three times the day of the fire. The last time was five to fifteen minutes before the fire and "Pickle" was carrying a clear plastic bottle.

17. A.F., who conducts security patrols at Cornerstone Apartments, told investigators that he was requested by Cornerstone management to investigate a suspicious individual at 3800 Martin Luther King Junior Parkway at approximately 5:06 p.m. on July 15, 2021. A.F. noted that the individual was a black male with the nickname "Pickles", wearing black shorts and a green shirt with words on the front of it. A.F. also responded later that day to the fire and heard someone at the scene mention the name Pickle when talking about the fire and then the name Jermaine DAYE. A.F. showed J.H. a photograph of a man associated with the name Jermaine DAYE that

he found on Facebook. According to A.F., J.H. said the picture was of the man who set the fire. A.F. could not recall who mentioned the names initially but provided investigators the picture he showed J.H.

18. I later learned that Jermaine Steven DAYE, who is a black male, five feet, seven inches, and has been previously identified with an alias of "Pickle", was arrested by DMPD on July 19, 2021, and was in custody at the Polk County, Iowa Jail (PCJ). The PCJ booking photograph of DAYE appears to be the same person as the photo provided by A.F. and as seen in video footage from the Cornerstone Apartments on the day of the fire.

19. On July 23, 2021, I viewed the personal belongings of DAYE in his property bin at PCJ and reviewed video of DAYE when he was brought into PCJ. I saw that he was wearing a black shirt, black shorts, and black and white athletic shoes. This clothing, the shoes and a pack of cigarettes were amongst DAYE'S belongings at PCJ. Pursuant to a federal search warrant, on July 29, 2021, I took custody of clothing and the pair of Nike athletic shoes from the bin of personal property belonging to DAYE at the PCJ. This clothing included a pair of black shorts and the Nike shoes showed distinct features consistent with those worn by the aforementioned suspect in the surveillance video from Cornerstone Apartments and as described by J.H.

20. In a recorded, post-*Miranda* interview with DAYE at the PCJ, DAYE told your affiant and Detective Bjurstrom that he knew about the fire on Clarkson but only remembered bits and pieces of it and did not know why the fire was set. DAYE told investigators, "I was probably in and out of my mind". DAYE advised he used to live at the property on Clarkson, prior to the new ownership, but has recently been homeless. DAYE said the fire had to do with what he was going through that day. DAYE said he hears voices, and the voices guide him. DAYE stated, "I just think, it was just my living, where I don't live anymore, you know, that probably drove me to

do what I did." DAYE further stated, "I just want a roof, you know, I want to be able to come home and collect my stuff and have my stuff, and I don't have it." DAYE stated he has previously received treatment for his problems but does not regularly take the medicine he needs. DAYE admitted to throwing away the gas before he left the area and told investigators he was "not out hunting to hurt nobody, it just was what was going on in my head at that time". When asked to describe what happened in the hallway, DAYE admitted he went into the hallway but claimed that nothing really happened inside, that he just went in and came out and was only in there for a just a few seconds.

21. Based upon the fire scene examination, physical evidence, witness statements, video surveillance footage, and fire dynamics, it is my opinion that this fire was intentionally ignited and classified as incendiary.

## CONCLUSION

22. Based on the foregoing information, combined with my training and experience, it is my belief that there is probable cause to believe that Jermaine Steven DAYE committed a violation of Title 18, United States Code, Section 844(i).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
David L. Allen, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me by telephone or other reliable electronic means this 30th day of July 2021.

_____
Helen C. Adams
Chief United States Magistrate Judge